IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00318-GPG-NRN

RONDA KLASSEN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SOLIDQUOTE LLC, and
DIGITAL MEDIA SOLUTIONS, LLC f/k/a UNDERGROUND ELEPHANT,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendant SolidQuote LLC's First Unopposed Motion to Modify Scheduling Order (ECF No. 97) is GRANTED. The Scheduling Order (ECF No. 30) is further AMENDED as follows:

- Fact discovery cut-off: February 25, 2025
- Disclosure of affirmative experts: March 19, 2025
- Disclosure of rebuttal experts: April 22, 2025
- Expert discovery cut-off: May 23, 2025
- Motion for class certification: June 13, 2025
- Dispositive motions: 45 days after ruling on Plaintiff's motion for class certification or, if no such motion is filed, by July 10, 2025.

Date: October 22, 2024