# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### District Judge Gordon P. Gallagher

Civil Action No. 1:23-cv-00318-GPG-NRN

RONDA KLASSEN, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

SOLIDQUOTE LLC and DIGITAL MEDIA SOLUTIONS, LLC f/k/a UNDERGROUND ELEPHANT,

    Defendants.

---

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by Judge Gordon P. Gallagher on November 19, 2025 [D. 153], it is

ORDERED that the Defendants' Motion for Summary Judgment [D. 109] is GRANTED. It is

FURTHER ORDERED that Plaintiff's Motion to Certify Class [D. 112] is DENIED AS MOOT. It is

FURTHER ORDERED that this case is closed.

Dated at Grand Junction, Colorado this 19th day of November 2025.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:   s/D. Clement
                        D. Clement
                        Deputy Clerk

Case No. 1:23-cv-00318-GPG-NRN   Document 154   filed 11/19/25   USDC Colorado
pg 2 of 2